IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRYAN DOYLE, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00697 |
| | ) | Judge Sharp |
| **SUNTRUST BANK, a Virginia corporation;** | ) | Magistrate Judge Bryant |
| **SUNTRUST MORTGAGE, INC., a Virginia** | ) | |
| **Corporation; MORTGAGE ELECTRONIC** | ) | |
| **REGISTRATION SYSTEMS, INC., a** | ) | |
| **Delaware corporation; and DOES 1-10** | ) | |
| **Inclusive,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED ORDER OF COMPROMISE, SETTLEMENT AND DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel for the respective parties below that all matters in controversy between Plaintiff, Bryan Doyle, and Defendants, SunTrust Bank, SunTrust Mortgage, Inc. and Mortgage Electronic Registration Systems, Inc., have been settled and compromised and there is no further litigation between the parties.

It is therefore ORDERED that the Complaint of the Plaintiff, Bryan Doyle, against the Defendants, SunTrust Bank, SunTrust Mortgage, Inc. and Mortgage Electronic Registration Systems, Inc., is hereby dismissed with prejudice.

The parties shall bear their own Attorneys' fees and costs associated with the litigation.

IT IS SO ORDERED

_____
United States District Judge

AGREED TO AND APPROVED
FOR ENTRY:


/s/Jeff Barnes
Jeff Barnes, Esq.
W.J. Barnes, P.A.
2901 West Coast Highway
Suite 350
Newport Beach, CA 92663


/s/John F. Higgins
John F. Higgins  (BPR #26845)
306 Gay Street
Suite 102
Nashville, TN 37201

Counsel for Plaintiff,
Bryan Doyle

/s/ Kenneth M. Bryant
Kenneth M. Bryant (BPR #12582)
J. Matthew Kroplin (BPR #27363)
401 Commerce Street, Ste. 800
Nashville, TN 37219
(615) 782-2200
kenneth.bryant@stites.com
matthew.kroplin@stites.com

Counsel for Defendants, SunTrust Bank,
SunTrust Mortgage, Inc., Mortgage
Electronic Registration Systems, Inc.